UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 1:07cr48

        -vs-        HON. JACK ZOUHARY

DANIEL TRIVINO GONZALES,

        Defendant.

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties and no objections have been filed within the required time.

THEREFORE , IT IS ORDERED

1. The Report and Recommendation of the Magistrate Judge filed 6/14/07, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Daniel Trivino Gonzales' plea of guilty to Counts 1&2 of the Indictment is accepted.

Defendant is adjudicated guilty.

3. Acceptance of the written plea agreement will be decided at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. (See USSG. Ch.6).

4. **Sentencing is scheduled on September 24, 2007 at 3:00 p.m. at 499 Federal Building, Grand Rapids, Michigan, before the Honorable Jack Zouhary.**

IT IS SO ORDERED.

                              *s/   JACK ZOUHARY   7/25/07*
                              United States District Judge